# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSVALDO RAMIREZ-BARRAZA,

    Defendant.

CASE NO. 12CR682-H

**JUDGMENT OF DISMISSAL**

2012 APR -2 AM 8:20

---

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Deported Alien Found in the United States (Felony)

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/28/12

Bernard G. Skomal
U.S. Magistrate Judge